UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   **EDCV 19-1991 MWF (SPx)**                              Date:  February 14, 2020

Title   **Doris Alvarez v. Nordstrom, Inc.**

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on October 17, 2019.  (Docket No. 1).  The most recent order granting the parties' third request for an extension of time for Defendant Nordstrom, Inc. to respond to the Complaint ("Order") was filed on January 28, 2020.  (Docket No. 17).  Pursuant to the Order, Defendant Nordstrom, Inc.'s response to the Complaint was due February 7, 2020.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **FEBRUARY 28, 2020.**

- ■ BY DEFENDANT:  RESPONSE TO THE COMPLAINT ("Response") by Defendant who has been served.

    OR

- ■ BY PLAINTIFF:  DEFAULT APPLICATION for Defendant who has not timely responded to the Complaint.

    OR

- ■ BY THE PARTIES:  A stipulation and proposed order extending the date by which Defendant must respond to the Complaint.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | **EDCV 19-1991 MWF (SPx)** | Date: February 14, 2020 |
| Title | **Doris Alvarez v. Nordstrom, Inc.** | |

The parties should not rely on the Court to monitor the deadlines in this case. This is the second Order to Show Cause issued by the Court; it will not issue a third.

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to timely respond to the Order to Show Cause will result in the dismissal of this action.

IT IS SO ORDERED.

Initials of Preparer: RS/sjm