Jeremy Branch, CA Bar #: 303240
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310,
Corona, CA  92880
Tel: (866) 329-9217
Fax: (657) 246-1312
E: JeremyB@jlohman.com
Attorney for Plaintiff,
DORIS ALVAREZ

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS ALVAREZ, | ) Case No. 5:19-cv-01991-MWF-SP |
| Plaintiffs, | ) |
| | ) District Judge Michael W. Fitzgerald |
| v. | ) |
| | ) |
| NORDSTROM, INC., | ) |
| | ) NOTICE OF SETTLEMENT |
| Defendant. | ) |
| | ) |

## NOTICE OF SETTLEMENT

Plaintiff DORIS ALVAREZ notifies this Court that Plaintiff and Defendant NORDSTROM, INC., have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal pleadings. The parties request that the Court retain jurisdiction for sixty (60) days for any matters related to completing and/or enforcing the settlement and stay all remaining discovery deadlines.

Respectfully submitted the 28th day of February 2020.

By: */s/ Jeremy Branch*
Jeremy Branch
The Law Offices of Jeffrey Lohman, P.C.
28544 Old Town Front Street, Suite 201
Temecula, CA 92590
T: (866) 329-9217
E: JeremyB@jlohman.com
Attorney for Plaintiff, DORIS ALVAREZ

- 1 -
NOTICE OF SETTLEMENT

**CERTIFICATE OF SERVICE**

I certify that on February 28, 2020,  I filed Plaintiff Doris Alvarez's Notice of Settlement

using the CM/ECF system, which will provide notice to the following:

Terrance J. Evans (SBN 227671)
DUANE MORRIS LLP
865 South Figueroa Street, Suite 3100
Los Angeles, CA 90017-5450
Telephone: (415) 957-3130
Fax: (415) 358-4154
E-mail: tjevans@duanemorris.com

/s/ Jeremy Branch
Jeremy Branch
The Law Offices of Jeffrey Lohman, P.C.
28544 Old Town Front Street, Suite 201
Temecula, CA 92590
T: (866) 329-9217
E: JeremyB@jlohman.com
Attorney for Plaintiff, DORIS ALVAREZ